UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICK CONKLIN,  :  20-cv-8178 (SHS)

           Plaintiff,  :  <u>ORDER</u>

  -v-

                                       :

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT and ALEJANDRO  :
MAYORKAS,
                                       :

           Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On July 14, 2023, this matter was reassigned to this Court.

      IT IS HEREBY ORDERED that the dates set forth in Magistrate Judge James L. Cott's Pretrial Scheduling Order dated July 10, 2023 [Doc. No. 86], remain in place with the following modifications:

      1.    The final pretrial conference remains at September 15, 2023, at 11:30 a.m., but will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York;

      2.    Any motions in limine shall be filed no later than August 15, 2023; any response is due by August 29;

      3.    The joint pretrial order, proposed voir dire, proposed requests to charge, and an agreed upon verdict form, are due by September 8, 2023;

      4.    All materials should be filed with this Court's chambers, not Judge Swain's chambers; and

      5.    The Court will conduct a telephone conference via Microsoft Teams on Wednesday, July 19, at 10:00 a.m. to set a trial date. The parties shall call 646-453-4442 and use phone conference ID 30645248# to join the call.

Dated: New York, New York
       July 17, 2023                                  SO ORDERED:

                                                             Sidney H. Stein, U.S.D.J.