UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICK CONKLIN,                                :    20-cv-8178 (SHS)

                     Plaintiff,      :    ORDER
   -v-
                                                       :
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT and ALEJANDRO          :
MAYORKAS,
                                                       :
                    Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On July 14, 2023, this matter was reassigned to this Court, and on July 19 a status teleconference was held via MS Teams regarding scheduling matters, with counsel for all parties participating.

      IT IS HEREBY ORDERED that:

      1.    The parties shall exchange proposed exhibit and witness lists on or before September 11, 2023;

      2.    Any motions in limine shall be filed no later than October 9, 2023; any response is due by October 16;

      3.    The joint pretrial order, proposed voir dire, proposed requests to charge, and an agreed upon verdict form, are due by October 9, 2023;

      4.    The final pretrial conference shall take place on October 30, 2023, at 11:30 a.m., and will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York; and

      5.    The trial of this action shall commence on November 6, 2023, at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
       July 19, 2023

                                                        SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.