UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICK CONKLIN,  :  20-cv-8178 (SHS)

            Plaintiff,  :  ORDER

-v-

     :

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT and ALEJANDRO  :
MAYORKAS,

     :

            Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The final pretrial conference having been held on October 25, with counsel for all parties present, and the Court having decided the pending *in limine* motions for the reasons as set forth on the record,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to terminate the motions at document nos. 101, 105, and 106.

Dated: New York, New York
       October 26, 2023

                                     SO ORDERED:

                                     Sidney H. Stein, U.S.D.J.