UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| PATRICK CONKLIN, | : | 20-cv-8178 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and ALEJANDRO MAYORKAS, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the final pretrial conference on October 25, the Court directed the parties to submit by the end of the business day on Tuesday, October 31, their reduced lists of witnesses and exhibits. No such lists have been filed so far on ECF.

    IT IS HEREBY ORDERED that the parties are directed to submit those lists by the end of business today.

Dated: New York, New York
        November 1, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.