AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PATRICK CONKLIN <br> *Plaintiff* <br> v. <br> I.C.E. and ALEJANDRO MAYORKAS <br> *Defendant* | ) ) ) ) ) Civil Action No. 20-Cv-8178 (SHS) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the jury finds that plaintiff has not proven by a preponderance of the evidence that (1) defendants created a hostile work environment, and (2) that he was retaliated against by defendants.

This action was *(check one)*:

☑ tried by a jury with Judge Sidney H. Stein _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 14, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

SO ORDERED:

*[signature]*
_____
Sidney H. Stein, U.S.D.J.